EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00048 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE SENTENCING |
| | ) | |
| vs. | ) | |
| | ) | |
| DEON JOSEPH, (01) | ) | Old Date: December 29, 2005 |
| | ) | New Date: January 23, 2006 |
| Defendant. | ) | |
| | ) | |

STIPULATION AND ORDER TO CONTINUE SENTENCING

It is hereby stipulated by and between the parties, the United States of America by and through Assistant United States Attorney Beverly Wee Sameshima, and Defendant Deon Joseph, by and through his counsel Mark Zenger, that the Defendant's current sentencing date of December 29, 2005 at 9:00 a.m. is hereby

continued to January 23, 2006, at 2:15 p.m., before the Honorable David Alan Ezra. The continuance is requested by the United States of America in order to adequately respond to the defendant's motion to compel the United States to file a motion for downward departure which was recently filed. The United States needs time to order certain transcripts of proceedings in this case, as well as obtain declarations from former counsel claimed by the defendant to have made certain assertions regarding his case.

DATED: January 4, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Beverly Wee Sameshima            /s/ Mark Zenger
BEVERLY WEE SAMESHIMA                MARK ZENGER, Esq.
Assistant U.S. Attorney              Attorney for Defendant
                                     DEON JOSEPH

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, January 6, 2006.



_____
David Alan Ezra
United States District Judge

United States v. Deon Joseph
Cr. No. 03-00048 DAE
"Stipulation and Order to Continue Sentencing"