# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00048DAE

CASE NAME:       USA v. (01)Deon Joseph

ATTYS FOR PLA:   Beverly Sameshima

ATTYS FOR DEFT:  Mark Zenger

USPO:            Carter Lee

---

JUDGE:   David Alan Ezra         REPORTER:  Cynthia Fazio

DATE:    1/23/2006               TIME:      1:30pm-2:00pm

---

COURT ACTION:  EP:  Sentencing to Counts 1 and 2 of the Indictment as to Defendant (01)Deon Joseph. Government's Motion for Downward Departure.

Defendant (01)Deon Joseph present in custody.

Defendant's Oral request to have a hearing to withdraw his guilty plea-GRANTED. Hearing set for 2/10/2006 @900amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager