# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00048DAE |
| CASE NAME: | USA vs. (01) DEON JOSEPH |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | (01) Mark R. Zenger |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 2/10/2006 | TIME: | 9:42-9:56 |

COURT ACTION:  EP: Motion to Withdraw Guilty Plea - Defendant present in custody.

Defendant's Oral Motion to Continue Hearing Denied.

Court questions Defendant.  Defendant's Oral Motion for Withdrawal of Counsel Granted.  New CJA Atty to be appointed.  Zenger to prepare Withdrawal and Substitution of Counsel.

Court further questions Defendant. Order of Recusal by Judge David Alan Ezra to be filed.

Case to be re-assigned. Motion to Withdraw Guilty Plea to be reset when a new U.S. District Judge is assigned to this action.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager