```
LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII  96816
TELEPHONE: 734-1520

Attorney for Defendant
DEON JOSEPH
```

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00048-01 DAE |
| Plaintiff, | ) | |
| vs. | ) | |
| DEON JOSEPH,           (01) | ) | NOTICE OF DEFENDANT DEON JOSEPH'S MOTION FOR WITHDRAWAL OF GUILTY PLEA; DEFENDANT DEON JOSEPH'S MOTION FOR WITHDRAWAL OF GUILTY PLEA; DECLARATION OF COUNSEL; MEMORANDUM OF LAW; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | Approximate Time: 3+ hours<br>Date of Hearing: March 17, 2006<br>Time of Hearing: 9:00 a.m.<br>Judge: SUSAN OKI MOLLWAY |

NOTICE OF DEFENDANT DEON JOSEPH'S MOTION FOR
WITHDRAWAL OF GUILTY PLEA

[CERTIFICATE OF SERVICE ATTACHED]

TO: BEVERLY WEE SAMESHIMA, ESQ.
    Assistant United States Attorney
    Room 6100, PJKK Federal Bldg.
    300 Ala Moana Blvd., Box 50183
    Honolulu, Hawaii 96850

    Attorney for Plaintiff
    United States of America

PLEASE TAKE NOTICE that the foregoing motion will be heard before the Honorable SUSAN OKI MOLLWAY, United States District Judge, in the courtroom of the said Judge in the United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, on FRIDAY, MARCH 17, 2006 at 9:00 O'clock A.M., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, March 13, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
DEON JOSEPH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00048-01 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEON JOSEPH,        (01) | ) | |
| | ) | |
| Defendant. | ) | DEFENDANT DEON JOSEPH'S MOTION |
| | ) | FOR WITHDRAWAL OF GUILTY PLEA |
| | ) | |

NOTICE OF DEFENDANT DEON JOSEPH'S MOTION FOR
WITHDRAWAL OF GUILTY PLEA

---

COMES NOW Defendant DEON JOSEPH, by and through his counsel Louis Michael Ching and hereby respectfully requests an order from this Court permitting Defendant Joseph to withdraw his guilty plea entered on February 12, 2004 before the Honorable Magistrate Judge Leslie Kobayashi.

The Motion is based upon Rules 11, 12, 47 and 52 of Federal Rules of Criminal Procedure, the United States Constitution, Declaration of Counsel, and any and all evidence adduced at the hearing on this matter.

DATED:  Honolulu, Hawaii, March 13, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
DEON JOSEPH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was duly served upon the below listed individuals at their last known addresses or official court jacket(s) either by hand delivery or by pre-paid postage deposited in the United States Postal Mail on the ABOVE STAMPED-FILED DATE.

TO: BEVERLY WEE SAMESHIMA, ESQ.
    Assistant United States Attorney
    Room 6100, PJKK Federal Bldg.
    300 Ala Moana Blvd., Box 50183
    Honolulu, Hawaii 96850

    Attorney for Plaintiff
    United States of America

DATED: Honolulu, Hawaii, March 13, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
DEON JOSEPH