IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00048-01 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| DEON JOSEPH,      (01) | ) | |
| Defendant. | ) | DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

LOUIS MICHAEL CHING, does hereby declare the following:

1. He is the 5th court-appointed counsel to represent Defendant Deon Joseph;

2. He is formalizing in writing the prior oral motion for withdrawal of guilty plea which was initially heard as Defendant Deon Joseph's motion to compel the government to file a motion for a sentence below the statutory mandatory minimum, for a downward departure, and for an "S" visa;

3. He incorporates the Declaration of Mark R. Zenger into the declaration herein;

4. Exhibit "A" is a true and correct copy of the transcripts of the said Change of Plea in the instant case;

5. Further, your declarant sayeth naught.

I, THE UNDERSIGNED HEREIN, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, March 13, 2006.

_____
LOUIS MICHAEL CHING