LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: 734-1520

Attorney for Defendant
DEON JOSEPH

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 5 2006

at __8__ o'clock and ____ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>     vs.                          )<br>                                   )<br>DEON JOSEPH,          (01)         )<br>                                   )<br>          Defendant.              )<br>_____) | CR. NO. 03-00048-01 DAE<br><br><br><br><br><br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

LOUIS MICHAEL CHING, does hereby declare the following:

1. Your Declarant is a CJA panel attorney, and he was contacted by the Federal Magistrate Judge to accept appointment of the above-named Defendant Deon Joseph on February 10, 2006;

2. On February 10, 2006, your Declarant was informed by the withdrawing attorney, Mark Zenger, that his written motions had already been heard by the court, but that there was an oral motion to withdraw the defendant's guilty plea still pending

before the court;

3. A hearing for the Defendant's oral motion for withdrawal of his guilty plea was scheduled for Friday, March 17, 2006 at 9:00 a.m. before the Honorable Judge Susan Oki Mollway;

4. On March 14, 2006, your Declarant filed a written motion for withdrawal of guilty plea to formalize and reduce the oral motion to writing, so as to make it easier to identify on a record on appeal;

5. Further, your declarant sayeth naught.

I, THE UNDERSIGNED HEREIN, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, March 14, 2006.

_____
LOUIS MICHAEL CHING