# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00048SOM |
| CASE NAME: | USA vs. (01) Deon Joseph |
| ATTYS FOR PLA: | Beverly Wee Sameshima<br>Mylene Oconer (ICE) |
| ATTYS FOR DEFT: | 01 Louis Michael Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 3/17/2006 | TIME: | 9:10 - 12:50<br>3:35 - 4:40 |

COURT ACTION:  EP: Defendant (01) Deon Joseph's Motion for Withdrawal of Guilty Plea -

Defendant (01) Deon Joseph present and in custody.

Court informed the parties that Defendant's letters to the Court were filed.

Defendant's Witness: Deon Joseph CST.

Defendant's Admitted Exhibits: 1 (Letter by government dated 1/26/04) and F (Letter by defendant dated 7/22/04).

Government's Witnesses: Dennis Imamura CST; Constance Hassell CST; Winston Ling CST; Kathleen Campbell CST; Emmett Lee Loy CST; Randall Oyama CST; Ann Oconer CST and Richard Jones CST.

Arguments.

Defendant (01) Deon Joseph's Motion for Withdrawal of Guilty Plea - Denied.

No written order will be prepared.

Sentencing to Counts 1 and 2 of the Indictment and Government's Motion for Downward Departure are set for 4/17/06 @ 11:15 a.m. SOM.

Deon Joseph's Motion for an Order to Compel the Government to File a Motion for a Sentence Below the Statutory Mandatory Minimum for Downward Departure and for an "S" Visa - Withdrawn in part and Denied in part.

As to:  an Order to Compel the Government to File a Motion for a Sentence Below the Statutory Mandatory Minimum for Downward Departure - withdrawn; and

As to: an "S" Visa - Denied.

Defendant may file a supplemental response to the PSR no later than 3/29/06.

Discussion held re:  Mr. Ching's intent to file a motion to withdraw as counsel.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.