IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00048-01 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | LETTERS FROM DEON JOSEPH |
| vs. | ) | RECEIVED BY THE COURT BEFORE |
| | ) | HIS CHANGE OF PLEA HEARING |
| DEON JOSEPH (01), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MAR 17 2006

**ORIGINAL**

LETTERS FROM DEON JOSEPH RECEIVED
BY THE COURT BEFORE HIS CHANGE OF PLEA HEARING