DEON JOSEPH
900-97-022
CASE NO CR03-00048 DAE(01)

LESILIE. E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

YOU HONOR,

I PLEDE WITH YOU TO GRANT ME FIFTEEN MINUTES OF YOUR TIME FOR THE FOLLOWING REASONS

(1) I HAVE LOST ALL CONFIDENCE AND TRUST IN MY ATTORNEY Mr EMMIT LEELOY

(1) HE IS EITHER INCOMPITENT OR DECIETFULY OR TO BUSY TO WORK ON MY CASE

(2) I MADE A PHONE CALL TO HIM ON FEBRUARY 26TH TWO THOUSAND AND THREE SOME TIME IN THE MORNING, IT IS NOW EIGHT O'CLOCK (PM) ON THE TWENTY SEVENTH (27TH) OF FEBRUARY, TWO THOUSAND AND THREE AND I HAVE NOT RECIEVE SO MUCH AS A MESSAGE IN RETURN. ON THAT MESSAGE I STATED IT WAS AN EMERGENCY.

(3) I TOLD Mr LEELOY ON THE DAY WHEN I WAS GIVEN THE ENDITEMENT THAT I WANTED TO PLEDE GUILTY, AND HE INSISTED THAT I WAIT.

(4) I TOLD Mr LEELOY THAT I WAS TOTALY RESPONSIBLE FOR THE INVOLEMENT OF Mr TINAY AND MISS KALILI. HE PERSUADED PERSUADED ME THAT SHE IS TALKING AND I SHOULD NOT TRUST HER. IT WAS ODD HE WAS MORE INTERESTED IN HOW MUCH HAWIIAN WAS IN HER BLOOD THAN THE CASE IT SELF.

OUR HONOR I HAVE COOPERATED FROM DAY ONE, WHEN WE WERE ARRESTED. I GAVE THE AGENTS Mr CORNWALLS NUMBERS AND TOLD THEM THAT HE WAS EXPECTING MY PHONE CALL RIGHT AWAY TO MAKE SURE EVERYTHING WENT SMOOTHLY.

I NEVE GOT A CHANCE TO MAKE THAT CALL. OUR HONOR I GAVE THEM NAMES AND ADDRESS. (PROCECUTERS)

OUR HONOR I AM STILL WILLING TO COOPERATE WITH THE PROCECUTERS AND I HAVE ALREDY GIVEN THEN INFORMATION I NEW THEY DID NOT HAVE. OUR HONOR I WOULD ALSO LIKE TO TAKE THIS OPERTUNITY TO FILE FOR ASYLOM. TO BE HONEST ONE OF THE REASONS I GAVE THEM MR CORNWALL NUMBER IS BECAUSE I KNEW MY LIFE WAS IN DANGER, AND I WILL BE KILLED, MY FAMILY AND I IF HE AND THE PEOPLE IN HIS ORGONIZATION FOUND OUT I WAS TALKING TO THE FEDS

(4) I WAS READ A TRUMPT UP CHARGE BY MR LEELOY WHICH STATED THE SAME THING TWICE. AND AFTER I BROUGHT IT TO HIS AHENTION. HE THEN WENT AND GO IT REMOVED BY THE PROCECUTER.

(5) AT FIRST HE SAID I WOULD GET (40) YEARS. A WEEK LATER (13) THEN ABOUT A WEEK LATER I DID MY OWN RESEACH AND CONFROUTED HIM HE THEN SAID (3) year

Your truly
DEON JOSEPH
900-97-022