LEFT SIDE

RECEIVED
DEC 08 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Hearings held 12-5-03

Honorable David Ezra
United States District Judge
PJKK Federal Building
300 Ala Moana Blvd
Honolulu, HI 96850

Leon Joseph
Re 900-97-022
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

Cr. no 03-0048

Your Honor,

I humbly ask you for a little bit of your time to explain my fustration, dissatisfaction and disgust with my recent attorey mr Winton md Ling actions in my case.

(1) Firstly it took him nineteen days to pay me my first visit. I had to take the initiative to find out who was my attorey, this is after my initial attorey mr Emmet E. Lee Loy mutually agreed to parts ways. My reasons was explained in a letter to Honorable Leslie E. Kobayashi, which is completely factual and I will take a lie detector test any day to confirm what was written in that letter and this letter and any thing which I have said and will will say in this case in the future. I humble say to you not a ting of arrogance, but I am very confident in what was said between both of the attoreys assigned to me and my initial meet with the prosecutors, which I hope I get a ample chance to explain in detail.

(2) Secondly. In my first meeting with Mr Ling I explain to him that had written a letter to Honorable Leslie E. Kobayashi explaining that it has been nineteen days and I have no representation, and I was going to mail it that night if he had not shown up. He advised me not to mail it, which would not have since he showed up.

(11) One of the first thing we discussed was the legality of how the drugs was found, some how he through that they could be a way to suppress the evidence. I did not see him for 1 couple weeks after, just before I went down stair to see him on my second visit I read up on my case, and it stated that the dog found the ~~Paka~~ package on a routine inspection. I asked Mr Ling why would he tell me that evidence may be able to be suppress, knowing how they found the drugs. He had no answer, I then told him it seems t like you were buying time.

(3) At vertually every meeting Mr Ling and I had he seems to playcate every sissue which I present to him, he was constantsly pushing me to talk to the prosecutor, and I was constantly telling him I did not want to talk to them again unless they agreed to help me as they and Mr Lee Loy promised. I kept telling I still wanted to cooperate but I wanted to speak to the FBI and take a lie dectector test from them.

(4) Finally he said they still want to help you and they will want to use you.

1) I THEN TOLD HIM THAT I WANTED DEFINITES NOTHING ELSE AND THIS IS THE ONLY WAY I WAS GOING TO TALK TO THEM AGAIN. HE AGREE AND I AGREE AND MEET AND SPOKE WITH THEM AGAIN.

2) ON NUMEROUS OCASSIONS I TRIED CALLING MR LING TO SET UP APPOINTMENTS AND HE SIMPLY DID NOT SHOW UP. HIS EXCUSE OR REASON WAS THAT HE HAD MILITARY DUTY. AT ONE POINT I GOT SO TIRED AND FUSTRATED ABOUT HIM NOT SHOWING UP THAT I TOLD HIM IF HE DID NOT HAVE ANY OR ENOUGH TIME FOR MY CASE WE SHOULD TELL THE JUDGE. I EVEN TOLD HIM THAT MAYBE I SHOULD REPRESENT MYSELF. I CAN REMEMBER ASKING MY COUNSELOR TO USE THE TELEPHONE IN HIS OFFICE ON NUMEROUS OCASSIONS AND HIM WHY ARE YOU CALLING YOU KNOW HE IS NOT GOING TO SHOW UP.

3) MOST IMPORTANTLY I HAD A TRIAL DATE ON JULY FIRST AND WAS NEVER NOTIFIED BY ANYONE THAT THEY WAS NOT GOING TO BE A TRIAL ON THAT DAY. I GOT UP READ TO GO TO TRIAL.

4) OVER THE LAST MONTH MR LING TOLD ME THAT IF THEIR IS NO AGREEMENT BEFORE THE MONTH OF NOVEMBER HE WILL BE LEAVING THE CASE, I KEPT ASKING HIM FOR A DATE, HE NEVER GAVE ME ONE.

5) ON NOVEMBER TWENTY SIX I WAS AWAKEN BY THE GUARD AT 4:30 AM AND TOLD THAT I HAD COURT, I WAS NOT SURE WHAT FOR, BUT I REMEMBE MR LING TOLD ME THAT HE WOULD BE LEAVING THE CASE SO I

FIGURED CHANCES ARE, THIS IS WHY.

(III) AT THE END OF THE DAY I WAS THE LAST PERSON TO BE CALLED. WHEN I WENT INTO THE ATTORNEY BOOTH TO SPEAK TO MR LING, THE FIRST THING HE DID WAS PUSHED A PLEA AGREEMENT IN MY FACE AND SAID WE ARE GOING TO SIGN IT RIGHT. I WAS DISGUSTED, I SAID TO HIM WHAT IS THIS. BECAUSE HE HAD SHOWN ME THAT PLEA AGREEMENT ABOUT TWO WEEKS BEFORE AND I TOLD HIM I COULD NOT SIGN IT NO WAY NO HOW. I TOLD HIM THE ONLY REASON I SPOKE TO THOSE PEOPLE WAS BE YOU SAID THEY WERE GOING TO HELP AND AGREE TO WHAT I ASK FOR. EVEN IN THE COURT ROOM REDECEPTIVELY ACTED LIKE THAT PLEA AGREEMENT WAS AND ISSUE WE DISCUSS FOR THAT DAY. THAT DAY IN COURT WAS SOULY SUPPOSE TO BE ABOUT HIM LEAVING THE CASE.

D) I AM STILL WAITING FOR MR LING TO FINISH SEVERAL THINGS WHICH WE BOTH AGREE THAT HE SHOULD HAVE DONE.

WHEN I FIRST MEET MR LING I GAVE HIM ROMANS 13:1-7 MATTHEW 7:6 LUKE 16:10 WHICH PERTAIN TO THIS ENTIRE SITUATION.

PLEASE FORGIVE ME FOR THIS UNTIDY AND ERRATIC LETTER. THANK YOU FOR LISTENING

YOURS SINCERELY
DEON JOSEPH