LEFT SIDE

CR. No. 03-048-01 DAE

**RECEIVED**
CLERK, U.S. DISTRICT COURT
DEC 29 2003
DISTRICT OF HAWAII

The Honorable David Ezra
United States District Judge
PJJK Federal Building
300 Ala Moana Blvd
Honolulu, HI 96850

Deon Devon Emanuel Joseph
900-97-022
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

Your Honor,

I humbly ask you for a few minutes of your time to voice my concerns in my case.

① Today December 22nd 2003 I had a visit from my attorney Ranaol Oyama, when he started yelling and said he is going to withdraw from my case and walked out!

① The purpose of the visit was for us to finish discussing and reading a plea agreement which he brought to me from the prosecutors. For some reason he seem very eager for me to sign it and it seem like this was his only concern.

② We start discussing the plea agreement and at the start of the plea agreement I mention to him that without even going further in it that a paragraph which I read was inaccurate. Since the details of this paragraph was so important to the case I wonder what else they may have wrong about the case.

③ This particular details which I am referring to was mentioned to him on December 18th 2003 he tried to persuade me that it was accurate at first.

II I also ask him if he received my files from mr Ling which he answered no.

1) On December 18th when we spoke I ask him to please get all of my paper work from Mr Ling because he had promise to do severall things over the space of months which I am not sure that he did. These things are very important and should have been done.

2) On December 18th 2003 I also told him to tell you that Miss Fabrene Kalili and I have been talking for months. I told him that I ask Mr Ling to tell you over a month or two ago.

3) Mr Ling was told by me to tell you and the prosecutors that I was trying to collect my personal belongings from Miss Fabrene Kalili for over five months, also $860 dollar which my mother and sister sent to her to give to me. Mr Ling was to give you and the prosecutors a letter from my mother and sister explaining this fact. For some reason she does not want to give me my belongings I have no family here and goes to bed hungry when my family tried to help me with this necessity over five month ago.

III I said from the start of this matter that I will take full responsibility for all of my actions in this case

1) I deeply apologize for disobeying Honorable Leslie E Kobayashi order and I take full responsibility for my action.

2) I can assure you that I did not discuss the details of the case with Mr Kalili. My letters had a couple consistent premises. I told her to tell the truth and I love her. And that God will help us if we trust in him and do

as he teaches my first letter was to her family telling them to tell her to tell the truth. I have written several letters to her family which I found out latter that she intercepted.

IV. Your Honor I will keep my word like I told the prosecutors and I told my attorneys I will cooprate fully with any information and testifying in my case. They have ask me to testify against mr Cornwall and I told my attorney I will. Thank you for listening your Honor, sorry for the erractic and informal letter.

Yours Sincerely
Deon Joseph