LEFT SIDE

The Honorable Wavid Ezra
United States District Judge
PJJK Federal Building
300 Ala Moana Blvd
Honolulu, HI 96850

Dean Devon Emanuel Joseph
900-97-044
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96850
1/15/2004

CR. no 03-0048(03)
Subject - Proper representation

Your Honor,

It is far from my intent to disturb your busy schedule with my complains. Again I sincerely apologise. But I believe that you are the person to put some honesty in this generation.

About three weeks ago I wrote to you explaining that my attorney walked out on me and said that if he was going to withdraw from my case. My attorney was Randoll Oyama. As of this day I have no attorney and it has been about three weeks. After his despicable display in our last meeting which also involve this statement "what honesty has to do with it," that he has withdrawn as my attorney, and I will not be force to keep him. This has been an eye opener for me Your Honor and I trust and hope that the next attorney who is to represent me is an honest person and truly loves his job because of law. Again I apologise for any burden that I am causing. Thank you for listening.

Your sincerely
Dean Devon Emanuel Joseph