THE HONORABLE DAVID EZRA
UNITED STATES DISTRICT JUDGE
PJKK FEDERAL BUILDING
300 ALA MOANA BLVD
HONOLULU, HI 96850

Deon Davon Emanuel Joseph
90097-022
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820
FEB 2004

CR NO 03-0048
SUBJECT- DETAILS OF MY CASE

Our Honor,

This letter is to inform you, that I have spoken to my attorney Mr Randy Oyama about requesting a meeting with you to explain in detail every thing which includes me in this case, and the reasons why I felt it was necessary in the past to go to trial in this case, even though I am guilty and take full responsibility for my actions, with the utmost regret for my self indulgence, harm that I may have cause to this society and my family in the participating in such a

(A) I was suppose to speak to the prosecutor today, but hope they will have time tomorrow.

(B) I never withheld anything from the prosecutors or the federal agents.

(C) The night I was arested I gave the two telephone numbers for Mr Cornwall and told them that he Mr Cornwall was expecting my call.

(D) When I met my first attorney Mr Loy I told him that I wanted to plede guilty and end it, he persuaded me to plede not guilty and speak to the prosecutors,

TO REVEAL EVERYTHING IN DETAIL. I TOLD HIM THAT MY LIFE WILL BE IN DANGER AND I WILL BE KILLED IF THEY EVER FIND ME.

E) IN MY FIRST DEBRIEFING. I WAS TOLD BY MY ATTOREY TO EPLAIN MY SITUATION TO THE PROSECUTORS CUSTOMS AND EMMIGRATIONS. I TOLD THEM THAT BECAUSE OF WHAT I TOLD THE FEDERAL AGENTS AND WHAT I WAS ABOUT TO TELL THEM I WILL SURELY BE KILLED IF THEY EVER FIND ME. I ALSO TOLD THEM THAT MY FAMILY IS IN DANGER AND I AM VERY CONCERNED ABOUT WHAT THEY MAY DO TO THEM FOR WHAT I HAVE DONE AND ARE ABOUT TO DO.

F) I WAS TOLD IN MY FIRST DEBRIEFING THAT THEY WOULD HELD ME, AND I WAS TOLD NOT TO INFORM MY FAMILY ABOUT THE SITUATION

G) WHEN MR LING CAME ALONG AS MY ATTORNEY, HIS FIRST RESPONSE WAS THEY CAN NOT GARANTEE THAT STAY IN THIS COUNTRY. I TOLD HIM THAT I HAD ASK THEM AND THEY SAID THAT THEY WOULD HELD.

H) THEY WANTED TO TALK TO ME A THIRD TIME AND I TOLD MR LING I WOULD TALK TO THE FBI INSTEAD, BECUASE MAY BE THEY WOULD TAKE MY SITUATION SERIOUSLY. I TOLD HIM THAT THE ONLY WAY I WILL TALK TO THEM AGAIN IS IF DO AS THEY PROMISE, I TOLD HIM DEFENITES FROM THEM THIS TIME NO PLAUSIBLE ANSWERS.

I) HE CAME BACK AND SAID THEY AGREED

OUR HONOR I AM ABOUT TO PLEDE GUILTY ON FRIDAY AND TESTIFY AGAISNT MR CORNWALL AND A DRUG RING WHICH STRETCHES THROUGH OUT THE WHOLE CARIBBEAN

South America and the United States and I still am very unsure of my future.

I have been in jail for over a year and my health is failing.

Thank you for listening, and I am looking forward to the oppotunity to explain my situation.

Yours sincerely
Deon Joseph.

RECEIVED
'04 MAR 10 P4:05
U.S. PROBATION OFFICE
HONOLULU, HAWAII