ORIGINAL

LEFT SIDE

RICHARDS & ZENGER
Attorneys at Law,
a Law Corporation
MARK R. ZENGER, #3511
P.O. Box 3966
Lihue, Hawaii 96766

Telephone: (808) 632-0723
Facsimile : (808) 632-0724

Attorney for Defendant
DEON JOSEPH (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-0048 (DAE) |
|---|---|
| Plaintiff, | ) **DEFENDANT DEON** |
| | ) **JOSEPH'S EXHIBIT LIST** |
| vs. | ) |
| DEON JOSEPH (01) | ) HEARING : February 10, 2006 |
| | ) TIME     : 9:30 a.m. |
| Defendant. | ) JUDGE    : David A. Ezra |

## DEFENDANT DEON JOSEPH'S EXHIBIT LIST

COMES NOW Defendant DEON JOSEPH, through his court-appointed attorney, Mark R. Zenger, and submits his Exhibit List, attached hereto, in the above-captioned matter.



DATED: Honolulu, Hawaii, February 10, 2006.

_____
MARK R. ZENGER
Attorney for Defendant
DEON JOSEPH

# EXHIBIT LIST

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>DEON JOSEPH,<br>　　　　Defendant. | EXHIBIT LIST<br>CR. NO. 03-0048 (DAE) |

**Presiding Judge:**　　**Defendant's Attorney:**　　**Plaintiff's Attorney:**
David A. Ezra　　　　Mark R. Zenger　　　　　Beverly Wee Sameshima

| DEF. NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| A | Letter Dated 02/27/03 from Deon Joseph to Judge Kobayashi |
| B | Letter Received 12/08/03 from Deon Joseph to Judge Ezra |
| C | Letter Dated Received 12/29/03 from Deon Joseph to Judge Ezra |
| D | Letter Dated 01/15/04 from Deon Joseph to Judge Ezra |
| E | Letter Dated 02/**/04 from Deon Joseph to Judge Ezra |
| (F) | letter Dated 7/22/04 |
| (1) | letter letter dated 1-26-04 |