RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 26 2004
DISTRICT OF HAWAII

LEFT SIDE

THE HONORABLE DAVID EZRA
UNITED STATES DISTRICT JUDGE
PJTK FEDERAL BUILDING
300 ALA MOANA BLVD
HONOLULU, HI 96850

DEON JOSEPH
Reg# 900-97-022
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820
JULY 22nd 2004



Re: UNITED STATES V. DEON JOSEPH
Cr. No: 03-0048 DAE


DEFENDANT'S EXHIBIT F

DEAR HONORABLE DAVID EZRA:

I AM WRITTING YOU IN REGARD OF MY PLEA AGREEMENT AND A REQUEST FOR THE COURT TO GRANT ME AN IMMIGRATION ATTORNY PLEASE.

(i) REGARDING MY PLEA AGREEMENT - MY WISH WAS TO PLEAD GUILTY AND TAKE FULL RESPONSIBILITY FOR MY ACTIONS - POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OF COCANE. A DESPICABLE AND SHAMEFUL ACT TO WHICH I AM REGRET AND TRULLY SORRY.

(ii) THAT BEEN SAY - I HAVE REQUEST FOR A COPY OF MY PLEA AGREEMENT WHICH UNFORTUNATELY HAVE BECIEVE.

(iii) IN MY PLEA AGREEMENT THERE IS A PARTICULAR PARAGRAPH WHICH IS INCORRET. THE PARAGRAPH STATES THAT # I ASKED MISS KALILI TO OBTAIN THIS ADDRESS FROM Mr TINAY (1468-1 Liliha St HONOLULU, HAWAII) SO THAT THE PARCEL WITH THE DRUGS COULD BE SENT THERE.

(iv) MISS KALILI HAD THIS ADDRESS BEFORE I KNEW ABOUT IT. THE DRUGS WAS INITIALLY SUPPOSE TO BE SENT TO HER ~~BY~~ VIA THIS ADDRESS: FROM Mr CORNWALL. THE ONLY REASON WHY I WAS TOLD ABOUT THIS ADDRESS ACCORDING TO Mr CORNWALL IS BECAUSE HE DID NOT TRUST HER BECAUSE SHE STOLD MONEY FROM HIM IN A DRUG DEAL.

SCANNED

(V) Mr Cornwall also told me that she offer him sex for money and that they were sleeping together. This was while I was dating her and was seriously about to marry her because she told me she was pregnant and wanted to marry me. When I asked her about her sleeping with Mr Cornwall she totally denided it until couple months ago and had the audacity to blame me for her actions.

(VI) As for Mr Tinay I have never spoken to him for more than 1 minute.

(VII) When I sign my plea agreement I was told that the paragraph in question would be taken out. I would not have sign that plea agreement otherwise.

(VIII) I respect say that if that ~~plea~~ paragraph stands as is and I am being held responsible for any one, I ~~will have~~ would like to withdraw my guilty plea. Please do not see this as arogance because I have to prove but the complete truth.

(2) I am also requesting an immigration attorny please.

Sorry for the informal and erratic letter

Your sincerely
Weon Weaven Emanuel Joseph

NAME: DEAN JOSEPH
NUMBER: 90c-97-c47
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

LEGAL MAIL

THE HONORABLE DAVID EZRA
UNITED STATES DISTRICT JUDGE
PJKK FEDERAL BUILDING
300 ALA MOANA BLVD
HONOLULU, HI 96850

PLEASE READ