*United States Attorney*
*District of Hawaii*

PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

(808) 541-2850
FAX (808) 541-2958

January 26, 2004

**VIA HAND-DELIVERY**

Randy Oyama, Esq.
345 Queen Street, Suite 915
Honolulu, Hawaii 96813

Re: United States v. Deon Joseph et al.
Cr. No. 03-00048 DAE

Dear Mr. Oyama:

This confirms our telephone conversation on this date in which I advised you that should Mr. Joseph plead guilty and cooperate in the prosecution of other individuals on behalf of the government, the government would set forth the extent of Mr. Joseph's cooperation in a letter to the Immigration and Naturalization Service ("INS"). I reiterated that the United States Attorney would have no ability or authority to influence the actions of the INS; however, we would advise them the extent of Mr. Joseph's cooperation in connection with any of our cases.

Very truly yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

EXHIBIT 1



DEFENDANT'S EXHIBIT 1

SCANNED