LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: 734-1520

Attorney for Defendant
DEON JOSEPH

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEON JOSEPH, (01), ) <br> ) <br> Defendant. ) <br> ) | CR. NO. 03-00048-01 SOM <br><br><br><br><br><br> NOTICE OF DEFENDANT DEON JOSEPH'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL; DEFENDANT DEON JOSEPH'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL; DECLARATION OF COUNSEL; and CERTIFICATE OF SERVICE <br><br> Approximate Time: 5 minutes <br> Date of Hearing: _____ <br> Time of Hearing: _____ <br> Judge: _____ |

NOTICE OF DEFENDANT DEON JOSEPH'S MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL

[CERTIFICATE OF SERVICE ATTACHED]

TO:  BEVERLY WEE SAMESHIMA, ESQ.
     Assistant United States Attorney
     Room 6100, PJKK Federal Bldg.
     300 Ala Moana Blvd., Box 50183
     Honolulu, Hawaii 96850

     Attorney for Plaintiff
     United States of America

PLEASE TAKE NOTICE that the foregoing motion will be heard before the Honorable _____, United States District Judge and/or Judge Magistrate, in the courtroom of the said Judge in the United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, on _____ at _____ O'clock _____.M., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, March 24, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
DEON JOSEPH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00048-01 SOM |
| Plaintiff, | ) | |
| vs. | ) | |
| DEON JOSEPH, (01), | ) | |
| Defendant. | ) | DEFENDANT DEON JOSEPH'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

DEFENDANT DEON JOSEPH'S MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL

COMES NOW Defendant DEON JOSEPH, by and through his counsel, Louis Michael Ching and respectfully moves this Honorable Court for an order granting withdrawal and substitution of counsel to be effective after sentence on April 17, 2006 and before commencement of appeal in the instant case.

This motion is made pursuant to Rules 12 and 47 of the Federal Rules of Criminal Procedure, the United States Constitution, Declaration of Counsel, the records and files herein, and any and all evidence adduced at the hearing on this motion.

DATED: Honolulu, Hawaii, March 24, 2006.

LOUIS MICHAEL CHING 4209
Attorney for Defendant
DEON JOSEPH