IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00048-01 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEON JOSEPH, (01), | ) | |
| | ) | |
| Defendant. | ) | DECLARATION OF COUNSEL |
| | ) | |

DECLARATION OF COUNSEL

LOUIS MICHAEL CHING, does hereby declare the following:

1. He is a CJA panel attorney, and HE was court-appointed to represent Defendant Deon Joseph on or about February 10, 2006;

2. A motion to withdraw his guilty plea was heard and denied on March 17, 2006 by the Honorable Susan Oki Mollway;

3. Sentencing is set for April 17, 2006, and thereafter, Defendant Joseph intends to appeal his case;

4. Defendant does not have confidence in Declarant to do his appeal;

5. Your Declarant does not have the resources to meet Defendant's demands in an appeal of his case;

6. There are CJA panel attorneys available who specialize in doing appeals;

7. Defendant Joseph has more confidence in these CJA panel appellate attorneys than in your declarant;

    8.  Defendant Joseph does not wish to discuss his appellate issues with anyone, except an appellate attorney from the CJA panel;

    9.  Further, your declarant sayeth naught.


    I, THE UNDERSIGNED HEREIN, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.


             DATED:  Honolulu, Hawaii, March 24, 2006.

                                _____
                                LOUIS MICHAEL CHING

- 2 -