CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was duly served upon the below listed individuals at their last known addresses or official court jacket(s) either by hand delivery or by pre-paid postage deposited in the United States Postal Mail on the ABOVE STAMPED-FILED DATE.

TO: BEVERLY WEE SAMESHIMA, ESQ.
    Assistant United States Attorney
    Room 6100, PJKK Federal Bldg.
    300 Ala Moana Blvd., Box 50183
    Honolulu, Hawaii 96850

    Attorney for Plaintiff
    United States of America

DATED: Honolulu, Hawaii, March 24, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
DEON JOSEPH