July 6, 2003
Sunday
8:30pm.

Deon,

Honey I know sometimes I have you confused. You don't know whether I'm coming or going. I know earlier when you got in touch with me I sounded reckless and intoxicated; I was. The truth is, I'm lonely and I'm miserable. We have a limited amount of time to talk and it's never enough. I can't seem to explain how much I love you, or how much you impacted my life in a matter of three months. Truth is I'm having the hardest time living day by day without you here to walk beside me. You meant a lot to me and I can't seem to shake you. No matter how much I try to tell myself I can go on without you it never works. I find myself day-dreaming or crying for you miserably. It doesn't even matter what I'm facing because of you. Nothing matters; you're my honey and that's that! I can't shy away from you nor can I shake the love that I have for you. You could've been the reason for me going to hell and I'd still want to be with you. What can I say, I'm Mrs. Joseph and loving it. I cried out loud on my drive home and you couldn't hear me screaming for you. I let go tonight. Right now I don't see myself going anywhere far without you. You are my man. You are me! We are #1. (ONE)

There's no me without you and if you came back to me right now I'd be the happiest most humblest woman that has ever walked the face of the earth. No Dre without Deon. That's it. I'm nothing without you.

July 7, 2003
3:00p.

Hello my Love,

I swept the bookstore looking for the author and the books. No luck! I'll go online like you asked me to. Sorry about that stuff yesterday, I guess sometimes the burden of misery gets the best of me and no one's to blame but me. The wickedness comes like a thief in the night. I'm over it though. I swept my cell phone and erased all male numbers that might have presented itself as opportunity to do wrong. Dee said it best today. He said, "Don't try to replace Deon with anyone."

CR 03-00048 SOM
USA v. (01) Deon Joseph

He was right. All this time I've been seeking high and low for someone who resembled you in the slightest way. Then I'd go in for the kill. Instead, I found myself hurting people and belittling them. They just weren't you and I took whatever feelings they had for me and stomped on it. None interest me longer than an hour or so, none appealed to me after a few hours. Must have been the reason I had so many in my cell phone. They're all shit compared to you and I'm miserable. I've been bad and I had no conciousness of it. Wreckless and rootless, no heart and no brain. Enough of that.

I was in the mall and a thought of you crossed my mind; so, I walked over to the Hallmark store and began looking for a card that would remind me of the way I feel about you. This is the reason I bought the card you just read.

I guess you could say no one could express my feelings about you better than she did in that card. Oh by the way I meant every word I wrote to you in that card. Word for word, letter for letter. There were times when I doubted your love for me, and yes it was because of the things that people said. Who better to break up a good thing than a hater. And by definition everyone around us was on that list. We were so happy and no one wanted to see that. I just got a call from one of my boys from back in our days. Funny, he didn't know what happened to me, he was upset I didn't seek his helping hand in time of trouble. He's an old timer, one of wisdom. Spoke to me the way a true player in the game should have. I explained why I didn't go to him for help and he understood. He also said from the jump you should of stood up for me and took full responsibility for me. He said since you got me involved you should've got me un-involved. I took the words that he spoke to heart because he always looked out for me. He guided me through some of the most difficult times in my life. He stood up for me and always looked out for me and the babies financially. He even took care of Dee for me whenever he got out of line. I just never imagined he'd call me after so long. He got the pitch on my situation from somewhere and decicided to track me down. His voice struck me stupid when he called me upstairs. I have no clue how in the world he got the upstairs number. He's arranging to speak with me some time this week. I have no clue where. I wanted to contact him for a long time, but I was afraid of what I might have got him into had I called him. I don't want to speak on him too much, I know the subject worries you. He spoke forcefully against you for involving me in such a tragedy, and he's upset because he can't do anything for me because I already plead out. I guess you never really know who cares about you until all is lost and they find you in the midst of it. Funny but true.

I suppose lingering on what could've, should've, would've isn't going to help, and basically he made you look like a punk just now; still I love you all the same and I'm actually anxiously waiting for you to call me. Tell me am I crazy or what? Is it stupid that I know the truth behind the lie and yet I remain faithful? Is it stupid that I am aware of the reality and yet I stay clinged to you like glue? This is why you are the one. When people say the "one" they don't mean what I mean by the one. The one is usually the one who's good to you, who loves you, who bows down to be your equal in this life, the one who's marriage material. No my love, when I say you are the one I mean you keep me blinded, you'd lead me astray as long as it's with you I'm following to the dead end. You are the one I can't shake off me, like the hair that grows on your body, you are the one that's in direct opposite of what others say the meaning of the one is. You are the one that's no good for me, the one who has commit the ultimate violation to my being. You are the one who hurts me and yet I feel no pain, it's like the sprain ankle that never heals right but you become accustomed to it. You are the one who pushed me to be the hardest working, non-sleeping animal that I was. You are the one, the reason I held my head high, the reason I glared at other women as though they were beneath me. You are the one that had me sitting and standing up straight, you matured me into a complete being of pure 100% bitch on wheels. I was crazy stuck up, beautiful, and a bonafied bitch, untouchable and good at what I did. You were the one that molded me, you taught me how to live like the big girls. You taught me to look out for myself and step on anyone that came in my way. I guess for a while I even stepped on you. Ruthless, I believe is the term they use for people like that. Yet, you made sure that you still held the position above me in the end, you made sure you had the ability to put a leash on me. You are the one I said. You are Ace at what you do and you were given the tools to do it. Like I said earlier, you are Deadly! To me that is, only to those who you aim for are you deadly. I think I know now why you love me. All the women you encountered probably loved you the same way I do and they moved as I did for you, but I bet none of them ever took a step at your crown, the way I did. I believe for a minute there I had you, I took your place and I had complete control over the entire situation. I made you nutin-void, useless, I stepped in and took the spotlight away and I didn't care that I stepped on you for it. I'm the one for that reason, I could hurt you and rebuild you the same way you could me. I suppose you could say when you met me, you met your match. Cunning and sharp, smoothe with my words and in complete control over my heart. Promising never to love you and to leave you at the drop of a dime if I so pleased. I was the one the only one you could quite get a

grip on and then I became a challenge you needed to pursue. Them other women were weak I suppose; they just gave in too easily or just gave up to easily. Not me though I was determined to be the one to break you down so that I could be the one to build you back up. All fun and games in the begining because I seen your weakness the second night we met. Incredible human being, built for evil, built to be bad, encountered a man who sold his soul to the devil for a body. I sold mine for a brain once, did it work for you? Some say I was marked as one condemned for hell. How about you? I can pretty much say my life from start to present was nothing but a living hell. So now that I've deemed you with the meaning of the one to me, we can drop the subject. It was starting to piss me off.       "(paid) for our souls"

Now then we have taken our souls back and given it freely to our Heavenly father above and we both fear him with the utmost respect, I will never step on you again, nor shall I ever defy you in such a manner that would seem improper. I shall never speak against you, nor shall I dishonor your name. I shall always remember you as though I was chained to you in imprisonment. I shall love, honor, and cherish you as one that is above my equal. I shall never lie nor hold grudges against you. I will always listen to you and stand strong when you are struck by weakness. I shall never abandon you nor shall I leave you to face the wrath alone. And if I could I would take responsibility for all which is being brought against you. This is the way a real woman is to love and the way a real man should love. I thank you for being the one who brought me to know the Lord and who keeps me strong in the living, breathing word of the scripture. You are the one!!!

God bless you and may He always keep you in His good graces. Goodnight my love, sleep well, sweet dreams.



DEFENDANT'S EXHIBIT
A