LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
Honolulu, Hawaii 96863
Tel: (808) 734-1520

Attorney for Defendant
DEON JOSEPH

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2006

at 10 o'clock and 17 min, AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00048-01 SOM |
| Plaintiff, ) | DEFENDANT DEON JOSEPH'S NOTICE OF APPEAL |
| vs. ) | |
| DEON JOSEPH, ) | |
| Defendant. ) | |

DEFENDANT DEON JOSEPH'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN pursuant to Federal Rules of Appellate Procedure 4(b) that Defendant DEON JOSEPH, by and through his counsel, Louis Michael Ching, Esq., hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence by the court on April 17, 2006.

DATED: Honolulu, Hawaii, April 17, 2006.

_____
LOUIS MICHAEL CHING
Attorney for Defendant
DEON JOSEPH

I hereby certify that a copy of
this notice was mailed/delivered
to Beverly Wee Sameshima, Esq.,
Attorney for the United States of
America, on April __18__, 2006.

_____
LOUIS MICHAEL CHING, ESQ.

- 2 -