ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____   U.S. District Court Case No. Cr. 03-00048-01 SOM

Short Case Title   USA v. Deon Joseph

Date Notice of Appeal Filed by Clerk of District Court   April 18, 2006

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII | Voir Dire |
| | | Opening Statements |
| | APR 2 7 2006 | Settlement Instructions |
| | | Closing Arguments |
| | at 10 o'clock and 22 min. a.m. SUE BEITIA, CLERK | Jury Instructions |
| | | Pre-Trial Proceedings |

02/12/04   (Plea)      Electronic recording   Other (please specify)
(additional page for designations if necessary)   (Ct.Rptr.FTR C7, CD18)

( )      I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )      As retained counsel(or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the
           reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)      As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the
           United States has been, or within 5 days hereof will be, obtained and delivered to the reporter.  I agree to recommend
           payment for work done prior to cancellation of this order.

Date transcript ordered   April 26, 2006   Estimated date for completion of transcript_____

Print Name of Attorney   Louis Michael Ching   Phone Number   808-734-1520

Signature of Attorney_____

Address   4475 Kilauea Avenue, Honolulu, Hawaii   96816

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
                    **(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district
court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn_____   BY:_____
(U.S. District Court Clerk)          (date)          DEPUTY CLERK