# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

April 27, 2006

Beverly W. Sameshima, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

IN RE:     U.S.A v. Deon Joseph
CR NO.    CR 03-00048S0M

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 04/18/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By      Laila M. Geronimo
        Deputy

cc:    Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
       Louis Michael Ching, Esq.
           with copy of instructions for criminal appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet