IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10270   U.S. District Court Case No. Cr. 03-00048-01 SOM

Short Case Title USA v. Deon Joseph

Date Notice of Appeal Filed by Clerk of District Court April 18, 2006

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 03/17/06 Motion | Sharon Ross | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII APR 27 2006 at 10 o'clock and 25 min A M SUE BEITIA, CLERK

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII MAY 31 2006 at 10 o'clock and 31 min A M SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel(or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered Apr. 26, 2006    Estimated date for completion of transcript _____

Print Name of Attorney Louis Michael Ching    Phone Number 808-734-1520

Signature of Attorney _____

Address 4475 Kilauea Avenue, Honolulu, Hawaii 96816

### SECTION B - To be completed by court reporter

I, Sharon Ross _____ have received this designation.
(signature of court reporter)
(✓) Arrangements for payment were made on 5-3-06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

195 Approximate Number of Pages in Transcript--Due Date 6-2-06

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 4-7-06   Court Reporter's Signature Sharon Ross

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn    05-31-06    BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. Cr. 03-00048-01 SOM

Short Case Title ___ USA v. Deon Joseph ___

Date Notice of Appeal Filed by Clerk of District Court ___ April 18, 2006 ___

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII APR 27 2006 at 10 o'clock and 22 min. A.M. SUE BEITIA, CLERK | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 02/12/04 (Plea) | Electronic recording | Other (please specify) |

(additional page for designations if necessary) (Ct.Rptr.FTR C7, CD18)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered ___ April 26, 2006 ___   Estimated date for completion of transcript _____

Print Name of Attorney ___ Louis Michael Ching ___   Phone Number ___ 808-734-1520 ___

Signature of Attorney _____

Address ___ 4475 Kilauea Avenue, Honolulu, Hawaii 96816 ___

SECTION B - To be completed by court reporter

I, _____ have received this designation.
       (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____   BY: _____
(U.S. District Court Clerk)   (date)                    DEPUTY CLERK

Case 1:03-cr-00048-SOM   Document 209   Filed 04/27/2006   Page 1 of 1

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. Cr. 03-00048-01 SOM

Short Case Title: USA v. Deon Joseph

Date Notice of Appeal Filed by Clerk of District Court: April 18, 2006

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII APR 2 7 2006 at 10 o'clock and __ min __ SUE BEITIA, CLERK | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 04/17/06 Sentence | Debra Chun | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(XX) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: Apr. 26, 2006   Estimated date for completion of transcript: _____

Print Name of Attorney: Louis Michael Ching   Phone Number: 808-734-1520

Signature of Attorney: _____

Address: 4475 Kilauea Avenue, Honolulu, Hawaii 96816

SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   _____   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK