UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
AUG 2 2 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10270 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00048-SOM |
| v. | District of Hawaii, Honolulu |
| DEON JOSEPH, | |
| Defendant - Appellant. | ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 24 2006
DISTRICT OF HAWAII

The appellee's motion for an extension of time to file the answering brief is granted. The answering brief is now due September 25, 2006. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

Pro 8.14