INTERNAL USE ONLY: Proceedings include all events.
06-10270 USA v. Joseph

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Beverly Wee Sameshima, AUSA<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| DEON JOSEPH<br>    Defendant - Appellant | Louis Michael Ching, Esq.<br>808/734-1520<br>[COR LD NTC cja]<br>LAW OFFICES OF LOUIS MICHAEL CHING<br>4475 Kilauea Ave.<br>Honolulu, HI 96816 |