January 18, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-03-00048-SOM
**Appeal Number:** 06-10270
**Short Title:** USA v. Joseph

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 24 2008
1:45 pm
DISTRICT OF HAWAII

**Volumes**

| | | | |
|---|---|---|---|
| Clerk's Records in: | 2 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 0 | | |

| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|---|---|---|---|---|---|---|---|---|
| | 1 | Other | Expando Of SEALED Documents | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 26, 2006

| | | | | |
|---|---|---|---|---|
| To: | United States Court of Appeals<br>For the Ninth Circuit<br>Office of the Clerk<br>95 Seventh Street<br>San Francisco, California 94103 | Attn: | ( )<br>(✓)<br>( ) | Civil<br>Criminal<br>Judge |

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

| DC No: | CR 03-00048S0M | Appeal No: | 06-10270 |
|---|---|---|---|
| Short Title: | USA vs. Joseph | | |

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes   ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #80,82,119,127,133,164,167,172,176,192,193 & 1 sealed correspondence.

Acknowledgment: _____ Date: _____

cc: counsel